SCI ALBION
10745 ROUTE 18
ALBION - PA - 16475 - 0002

RECEIVED
FEB - 8 2018
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

UNITED STATES DISTRICT COURT FOR PA -
WESTERN DISTRICT - ERIE -

ALBERT B KARB - PRO SE
PLAINTIFF

18-42 Erie

COMPLAINT

VS DEFENDANTS
JOHN WETZEL - SEC DOC -
 MECHANICSBURG PA.
MIKE CLARK - SUPERINTENDENT ALBION
SGT HAYSTINGS - ABCOCK -

MOTION FOR LEAVE TO FILE A COMPLAINT
PLAINTIFF
ALBERT B KARB - AP5803 - PURSUANT TO RULES
15 - A - 18 - A - FRD - A - CIV A - REQUEST LEAVE TO FILE
COMPLAINT
IF COURT SHOULD GRANT LEAVE TO FILE A
COMPLAINT - FORMAN VS DAVIS - 371 US - 178 - 182 - 1962
RESPECTFULLY SUBMITTED

ALBERT B KARB AP5803 - SCI ALBION - 10745 RT. 18
ALBION - PA - 16475 - 0002 - THE WESTERN DIST. OF PA.
IS AN APPROPRIATE VENUE - UNDER 25 - U-S-C -
SECTION 1691 - 6 - 7 - BECAUSE IT IS WHERE THE
EVENT GIVING RISE TO MY COMPLAINT OCCURED.

ALBERT B KORB IS AND WAS AT ALL TIMES A PRISONER OF STATE OF PA - IN CUSTODY AT d-o-c - HE IS CURRENTLY CONFINED.

## DEFENDANTS

NAMED ON PAGE #1 ARE ALL DOC EMPLOYEES -- LOOKING OUT FOR INMATE WELFARE - EACH AND EVERY DEFENDANT IS SUED INDIVIDUALLY AND AT ALL TIMES EACH DEFENDANT ACTED UNDER COLOR OF STATE LAW

## FACTS

AT ALL TIMES IN THIS CASE PLAINTIFF ALBERT B KORB - AP 5803 - IS AN INMATE AT SCI ALBION - PA -

#1 ON JANUARY 30 - 2018 - ALL THIS COMPLAINT BEGINS APX 5:30 PM - AB BLOCK GUARD COMES TO MY CELL AB 11 - SAYS TO GO TO THE SERGEANTS OFFICE - I IMMEDIATELY WENT THERE TO FIND A WHITE SHIRT 2nd SHIFT AB BLOCK SGT HAYSTINGS AND INMATE JO THE PAINTER SEATED - THE SGT TOLD ME TO SIT BUT I CHOOSE TO STAND - THEN THE WHITE SHIRT BEGAN A RANT ABOUT CLEANING MY CELL - I ALREADY KNEW ABOUT THIS SO I SAID YO THEM I KNOW THIS AND TURNED TO WALK OUT OF SGTS OFFICE - WHEN SGT HAYSTINGS

-2-

ASSAULTED ME HE VIOLENTLY PUT HIS ARMS ARROUND ME TWISTED ME SIDEWAYS - AND ORDERED ME BACT TO HIS OFFICE ORDERED ME TO SIT - THIS ALL I COMPLIED WITH FOR FEAR THE SGT WOULD FURTHER ASSAULT ME HARM MY BODY - -

I WANT JUSTICE FOR ASSAULT RIC ETC - LEGAL ACTION - AGAINST DEFENDANT HAYSTINGS ETC - FOR MY OWN PERSONAL SAFETY - HONOR - FROM GUARD ABUSE - PHYSICAL - BRUTALITY -

AS FAR AS I'M CONCERNED I WAS PHYSICALY ASSAULTED BY MR HAYSTINGS - WITHOUT ANY PROVOCATION WHAYSOEVER - I'M A SPECIAL NEEDS UNIT - SNU - INMATE - ALSO - MENTAL HEAL PATIENT 43T YRS - 74 YRS OF AGE - WHITE MALE - I FEAR MR HAYSTINGS WILL FURTHER ASSAULT - ABUSE ME - IN FUTURE IF I DON'T JUSTIFY HIS PHYSICAL ABUSE - ASSAULT - OF ME.

I'M NOT A VIOLENT 74 YR OF AGE INMATE JUST CHECK MY 44 YEARS AS A DOC INMATE - 4 PROOF - - <u>LEGAL CLAIM</u>

I WAS PHYSICALLY ASSAULTED BY SGT HAYSTINGS 1-31-18 - AT BLCK - SGTS OFFICE - 5:30 PM APX

- 3 -

I WANT THIS MATTER JUSTIFIED- TRIAL JURY- COMPENSATION- WHATEVER ELSE-

## PRAYER FOR RELIEF

PLAINTIFF ALBERT B KORB AP5803- PRAYS THAT THE COURT ENTERS JUDGEMENT GRANTING PLAINTIFF JUSTICE-

<u>A</u>- DECLERATION THAT THIS ACTION IS AND OMISSIONS HEREIN- VIOLATED PLAINTIFF'S RIGHTS UNDER US CONSTITUTION-

<u>B</u>- A PRELIMINARY AND PERMANENT INJUNCTION- OFFERING DEFENDANTS TO STOP DOING-

<u>C</u>- COMPENSATION- DAMAGES- IN THE AMOUNT OF $_____ AGAINST EACH EVERY DEFENDANT SINGULARLY JOINTLY-

<u>d</u>- PUNATIVE DAMAGES IN THE AMOUNT OF $_____ AGAINST EACH DEFENDANT-

<u>E</u>- TRIAL BY JURY ON ALL ISSUES-

<u>F</u>- PLAINTIFFS COSTS IN SUIT-

<u>G</u>- ANY ADDITIONAL RELIEF THE COURT DEEMS JUST- PROPER EQUITABLE-

## RESPECTFULLY SUBMITTED

ALBERT B KORB- AP5803- SCI ALBION- 10745 RT 18- ALBION 16475-0002

## VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND VERIFY IT TO BE TRUE- INCLUSIVE-

## EXECUTED AT

SCI ALBION- 10745 RT 18- ALBION PA 16475-0002-

## BY

PRISONER

Albert B Korb PRO SE

-4-

PRO SE
Case 1:18-cv-00042-SPB Document 15 Filed 06/12/18 Page 5 of 5
Case 1:18-cv-00042-LPL Document 13 Filed 02/05/18 Page 5 of 5

SCI ALBION
10745 ROUTE 18
ALBION — PA — 16475 — 0002
2-5-2018

CLERK —

ENCLOSED PLEASE FIND A REVISED COMPLAINT FOR PROCESSING I REVISED IT TO INCLUDE TWO MORE DEFENDANTS AS LISTED — SO PLEASE USE THIS NEW COMPLAINT IN PLACE OF MY 1ST ISSUE — O.K. —

ALSO — I MUST EXPIRE ALBION GRIEVANCE STEPS 1-2-3 — BEFORE MY 1983 CIVIL RIGHTS LAWSUIT IS VALID — SO AS OF 2-5-18 I'M FILING STEP #1 OF GRIEVANCE SYSTEM 2-3 — WILL FOLLOW — ANY 60 DAY DELAY I'LL KEEP YA POSTED — ON GRIEVANCE PROGRESS — GOOD LUCK — IF ANY PROBLEMS PLEASE CONTACT PRO SE ME — AT ABOVE — GOOD LUCK — PLYGRAPH

Name ALBERT E. Kolb
Number AP-6803
Unit/Side A-B

10745 Route 18
Albion, PA 16475-0002

4 5

Inmate Mail
PA Dept of
Corrections

U.S. POSTAGE >> PITNEY BOWES
ZIP 16401 $ 000.47⁰
02 4W
0000334556 FEB 06 2018

U.S. DIST COURT
17 - South PARK Row - Rm A-150
ERIE - PA - 16501 -