IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | |
|---|---|
| ALBERT B. KORB, | 1:18-CV-00042-RAL |
| Plaintiff, | RICHARD A. LANZILLO |
| vs. | UNITED STATES MAGISTRATE JUDGE |
| SGT. HAYSTINGS, JOHN WETZEL, SRC DOC; AND MIKE CLARK, SUPERINTENDENT ALBION; | ORDER DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS |
| | ECF NO. 99 |
| Defendants, | |

AND NOW, this 20th day of December, 2021, upon consideration of the Defendants' Motion for Judgment on the Pleadings and brief in support (ECF Nos. 99, 100), and the Plaintiff's Response in opposition thereto (ECF No. 111),

IT IS HEREBY ORDERED that, for the reasons set forth in the Court's accompanying Memorandum Opinion, Defendants' motion is GRANTED. Accordingly, pursuant to Federal Rule of Civil Procedure 12(c), all claims asserted against the Defendants in their official capacities, all claims against Defendants Wetzel and Clark, and all claims against Defendant Hastings except Korb's claim based on an alleged physical assault are DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
RICHARD A. LANZILLO
UNITED STATES MAGISTRATE JUDGE