IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| ALBERT B. KORB, | ) | |
| | ) | |
| Plaintiff, | ) | 1:18-CV-00042-RAL |
| | ) | |
| vs. | ) | RICHARD A. LANZILLO |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| SGT. HAYSTINGS, | ) | |
| | ) | ORDER ON DEFENDANT'S MOTION FOR |
| Defendant, | ) | SUMMARY JUDGMENT |
| | ) | |
| | ) | IN RE: ECF NO. 135 |
| | ) | |

As explained in the Memorandum Opinion filed in this matter this day, the Motion for Summary Judgment filed by Defendant Sgt. Haystings ("Hastings")[1] is hereby **GRANTED**. The Clerk of this Court is hereby directed to enter **JUDGMENT in FAVOR** of Defendant Hastings and against Plaintiff Albert B Korb. Further, the Clerk is directed to mark this case **CLOSED** on the Court's docket.

So ORDERED this 23rd day of September, 2022.

BY THE COURT:

_____
RICHARD A. LANZILLO
UNITED STATES MAGISTRATE JUDGE

---

[1] The Plaintiff incorrectly spelled Defendant Hastings' name in the caption. The Court will use the correct spelling as provided by the Defendant. *See* ECF No. 136, p. 1., n.1.

1